**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**INNA SHAPIRO**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| INNA SHAPIRO, | No.   2:17-CV-01465-AC |
| Plaintiff, | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to January 12, 2018.

This is a first extension requested because plaintiff's counsel has multiple briefs due at essentially the same time, in addition to his other work.

Dated:   December 29, 2017                    /s/    *Jesse S. Kaplan*
                                              JESSE S. KAPLAN
                                              Attorney for Plaintiff


                                              PHILLIP A. TALBERT
                                              United States Attorney
                                              DEBORAH LEE STACHEL
                                              Regional Counsel, Region IX
                                              Social Security Administration

Dated:  December 29, 2017                      */s/ per e-mail authorization*

                                              MARCELO ILLARMO
                                              Special Assistant U.S. Attorney
                                              Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to  January 12, 2018.

SO ORDERED.


Dated:  January 9, 2018                       _____
                                              ALLISON CLAIRE
                                              UNITED STATES MAGISTRATE JUDGE