**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**INNA SHAPIRO**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INNA SHAPIRO,** | No.   2:17-CV-01465-AC |
| **Plaintiff,** | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended ten days to March 15, 2018.

This is a first extension. Counsel has other briefs due and has had to and will go out of town for business reasons.

Dated:   March 4, 2018                                                         /s/    *Jesse S. Kaplan*
                                                                                              JESSE S. KAPLAN
                                                                                              Attorney for Plaintiff

[Pleading Title] - 1

McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: March 5, 2018	  /s/ per e-mail authorization

MARCELO ILLARMO
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to March 15, 2018.

IT IS SO ORDERED.

DATED: March 6, 2018.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE