**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**INNA SHAPIRO**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **INNA SHAPIRO,** | No.   2:17-CV-01465-AC |
| **Plaintiff,** | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S** |
| v. | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to March 16, 2018.

This is a second extension, but of just one day, that should not prejudice the parties or court, and is caused by plaintiff's counsel's other wotk.

[Pleading Title] - 1

Dated:   March 15, 2018                          /s/    *Jesse S. Kaplan*
                                                 JESSE S. KAPLAN
                                                 Attorney for Plaintiff


                                                 PHILLIP A. TALBERT
                                                 United States Attorney
                                                 DEBORAH LEE STACHEL
                                                 Regional Counsel, Region IX
                                                 Social Security Administration

Dated:  March 15, 2018                             */s/ per e-mail authorization*

                                                 MARCELO ILLARMO
                                                 Special Assistant U.S. Attorney
                                                 Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to March 16, 2018.

SO ORDERED.


Dated: March 16, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE